IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON GONZALEZ and SARA
GONZALEZ,

    Plaintiffs,

v.                              CASE NO. 4:13-cv-637-MW/CAS

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiffs' Motion for Leave to File First Amended Complaint, ECF No. 6, is **GRANTED**. The First Amended Complaint, ECF No. 7, is accepted as filed as of the date of this Order. The time for filing a responsive pleading runs from the date of this Order.

**SO ORDERED on December 9, 2013.**

                                            **s/Mark E. Walker               
United States District Judge**