IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON GONZALEZ and
SARA GONZALEZ,

    Plaintiffs,

v.                                        CASE NO.  4:13-cv-637-MW/CAS

BRANCH BANKING AND
TRUST COMPANY,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO CONDUCT
<u>RULE 26 CONFERENCE</u>**

This Court has considered, without hearing, the Unopposed Motion for Extension of Time to Conduct Rule 26 Conference, ECF No. 11, filed December 23, 2013.  The motion is **GRANTED.**   The parties shall conduct their Rule 26 conference on or before **January 17, 2014**, and shall file a joint report on or before **January 31, 2014**.

    **SO ORDERED on January 2, 2014.**

                                                      s/Mark E. Walker             
                                                      **United States District Judge**