IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON GONZALEZ and
SARA GONZALEZ,

    Plaintiffs,

v.                          CASE NO. 4:13-cv-637-MW/CAS

BRANCH BANKING AND
TRUST COMPANY,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with/without prejudice, ECF No. 13, filed January 21, 2014. The notice is effective without an order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272 (11th Cir. 2002). Accordingly, the Clerk shall close the file.

**SO ORDERED on January 22, 2014.**

                                              s/Mark E. Walker             
                                              **United States District Judge**